UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Gary G. Pelletier (GP-5459)
DENNER♦PELLEGRINO, LLP
4 Longfellow Place, 35th Floor
Boston, Massachusetts 02114
Tel:    (617) 227-2800
Fax:    (617) 973-1562

---

| | |
|---|---|
| RAUF ASHRAF,<br>     Appellant<br><br>     v.<br><br>ALAN NISSELSON and OFFICIAL COMMITTEE OF UNSECURED CREDITORS,<br>     Appellees. | Docket No. 08-cv-06937 |

## NOTICE OF APPEARANCE

Kindly enter the appearance of Gary G. Pelletier as attorney of record on behalf of the appellant, Rauf Ashraf, in the above-captioned matter.

Dated: August 14, 2008        Respectfully submitted,
       Boston, MA             RAUF ASHRAF
                              By and through their attorneys,

                               /s/ *Gary G. Pelletier*
                              Gary G. Pelletier (GP-5459)
                              DENNER♦PELLEGRINO, LLP
                              4 Longfellow Place, 35th Floor
                              Boston, Massachusetts 02114
                              Tel:    (617) 227-2800
                              Fax:    (617) 973-1562
                              gpelletier@dennerpellegrino.com

Certificate of Service

    I, Daniel C. Reilly, hereby certify that on this the 14th day of August 2008, I caused a true copy of the foregoing *Notice of Appearance*, to be served electronically upon all parties registered with ECF for this matter.

       /s/ *Daniel C. Reilly*
       Daniel C. Reilly