**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

KAYE SCHOLER LLP
425 Park Avenue
New York, New York  10022-3598
Lester M. Kirshenbaum (lkirshenbaum@kayescholer.com)

*Counsel to Plan Committee of MarketXT Holdings Corp. / Appellee*

------------------------------------------------------------ :
                                                             :
EMPYREAN INVESTMENT FUND, LP,                                :
EMPYREAN GENERAL PARTNER, LLC, ASH                           :
MASTER FUND II, LLC, ASH MASTER FUND,                        :
LP, ASH FUND, LP, f/k/a ASH CAPITAL                          :
MANAGEMENT. ASH GENERAL PARTNER,                             :
LLC, ASH OFFSHORE FUND, LTD, ASH                             :
GENERAL PARTNER OFFSHORE, LTD, et al.                        :
        Appellants                  :    Docket No. 08-cv-06937
                                                             :
     v.                                     :
ALAN NISSELSON AND OFFICIAL                                  :
COMMITTEE OF UNSECURED CREDITORS,                            :
        Appellees                   :
------------------------------------------------------------ :


### NOTICE OF APPEARANCE OF COUNSEL

      PLEASE TAKE NOTICE, that the undersigned hereby appears as counsel for the

Appellees, as of the date hereof  and requests service of all notices and documents herein upon:

KAYE SCHOLER LLP
425 Park Avenue
New York, New York  10022-3598
Lester M. Kirshenbaum
Margarita Y. Ginzburg
Dina S. Rovner

Email: lkirshenbaum@kayescholer.com
mginzburg@kayescholer.com
drovner@kayescholer.com

Dated: New York, New York
        August 18, 2008

Respectfully submitted,

KAYE SCHOLER LLP

By:  _s/ Lester M. Kirshenbaum_

Lester M. Kirshenbaum
(lkirshenbaum@kayescholer.com)
425 Park Avenue
New York, New York 10022
Telephone:     (212) 836-8000
Facsimile:     (212) 836-6708
*Attorneys for the Plan Committee/Appellee*

_Certificate of Service_

     I, Willie Nunez, hereby certify that on this the 18th day of August 2008, I caused a true copy of the foregoing *Notice of Appearance,* to be served electronically upon all parties with ECF for this matter.

_/s/ Willie Nunez_
Willie Nunez