UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WINDELS MARX LANE & MITTENDORF, LLP
156 West 56th Street
New York, NY 10019
Howard L. Simon (hsimon@windelsmarx.com)
Regina Griffin (rgriffin@windelsmarx.com)

*Counsel for Alan Nisselson,*
*Distribution Agent and Responsible Officer*
*Of Chapter 11 Debtor MarketXT Holdings Corp, et. al., Appellee*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT NEW YORK
-------------------------------------------------------------- x

In re                                          :
                                               :
RAUF ASHRAF,                                   :
          Appellant                            :
                                               :
v.                                             :
                                               :    Docket No. 08-cv-06937 JSR
ALAN NISSELSON and OFFICIAL                    :
COMMITTEE OF UNSECURED                         :
CREDITORS,                                     :
          Appellees.                           :
                                               :
                                               x
-------------------------------------------------------------- ---

## NOTICE OF APPEARANCE OF COUNSEL

PLEASE TAKE NOTICE, that the undersigned hereby appears as counsel for the Appellees, as of the date hereof and requests service of all notices and documents herein upon:

WINDELSMARX LANE & MITTENDORF, LLP
156 West 56th Street
New York, NY 10019
Howard L. Simon
Regina Griffin
Email: (hsimon@windelsmarx.com)
(rgriffin@windelsmarx.com)

{10470193:1}

Dated:   New York, New York
         August 19, 2008

Respectfully submitted,

WINDELS MARX LANE & MITTENDORF LLP

/s/ Howard L. Simon
Howard L. Simon (hsimon@kayescholer.com)
Regina Griffin (rgriffin@kayescoler.com)
156 West 56th Street
New York, NY 10019
Telephone:   (212) 237-1000
Facsimile:   (212) 262-1215
*Counsel for Alan Nisselson,*
*Distribution Agent and Responsible Officer,*
*Appellee*

**Certificate of Service**

I, Tracy E. Heston, hereby certify that on this 19th day of August 2008, I caused a true copy of the foregoing Notice of Appearance, to be served electronically upon all parties listed in the ECF System for this matter.

/s/ Tracy E. Heston
TRACY E. HESTON