UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
                                                              :
                                                              :          ORDER OF REFERENCE
                                                              :          TO A MAGISTRATE JUDGE
Plaintiff,    Ashraf                                          :
                                                              :          (08-CV) (6937 ) (JSR) (FM)
       -v-                                                    :
                                                              :
                                                              :
Defendant.    Nisselson                                       :
                                                              :
                                                              :
                                                              :
                                                              X
----------------------------------------------------------------

        The above entitled action is referred to the designated Magistrate Judge for the following
purpose(s):

☐  General Pretrial (includes scheduling,          ☐  Consent under 28 U.S.C. §636(c) for all
    discovery, non-dispositive pretrial                purposes (including trial)
    motions, and settlement)
                                                       Consent under 28 U.S.C.§636(c) for limited
☐  Specific Non-Dispositive                        ☐  purpose (e.g., dispositive motion,
    Motion/Dispute:*                                   preliminary injunction)
                                                       Purpose:_____
    _____
                                                   ☐  Habeas Corpus
    _____
                                                   ☐  Social Security
    _____

    If referral is for discovery disputes when        Dispositive Motion (i.e., motion requiring
    the District Judge is unavailable, the time        a Report and Recommendation)
    period of the referral:_____         ☒  Particular Motion:  Appeal
                                                       _____
☐  Settlement*

☐  Inquest After Default/Damages Hearing           All such motions:  _____

*Do not check if already referred for general pretrial.

Dated    8/20/08

                                                   SO ORDERED:

                                                   _____
                                                   United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-21-08